| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 04, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICK GRIFFITH,<br><br>        Defendant. | Case No.  2:18CR00160-WBS<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **PATRICK GRIFFITH** ,

Case No. **2:18CR00160-WBS**  Charge **SUPERVISE RELEASE VIOLATION** , from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    \_\_\_\_\_  Bail Posted in the Sum of $ _____

          \_\_\_\_\_  Unsecured Appearance Bond $ _____

          \_\_\_\_\_  Appearance Bond with 10% Deposit

          \_\_\_\_\_  Appearance Bond with Surety

          \_\_\_\_\_  Corporate Surety Bail Bond

          **X**   (Other):  **Conditions as stated on the record.**

Issued at Sacramento, California on May 04, 2020 at 2:00 pm

                By:   */s/ Allison Claire*

                       Magistrate Judge Allison Claire